UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A/ BLUE CROSS AND BLUE SHIELD OF LOUISIANA, and HMO LOUISIANA, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>    Defendants. | Case No. 1:19-cv-00474-LMB-JFA |

**DEFENDANTS'**
**JOINT MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

    Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and BTG International Limited respectfully submit this Motion under 28 U.S.C. § 1404(a) and, for the reasons set forth in the accompanying Memorandum in Support, declaration, and affidavit, hereby move this Court to transfer this case to the United States Court for the District of New Jersey.  Venue is proper in the District of New Jersey and a transfer will best serve the convenience of parties and witnesses, save judicial resources, and avoid inconsistent judgments.

Dated: May 24, 2019

Respectfully submitted,

/*s*/ Gordon D. Todd
Gordon D. Todd (VSB No. 45934)
gtodd@sidley.com
Kimberly Leaman (VSB No. 85925)
kimberly.leaman@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

John W. Treece (admitted *pro hac vice*)
jtreece@sidley.com
Steven J. Horowitz (admitted *pro hac vice*)
shorowitz@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Attorneys for Janssen Biotech, Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC*

/*s*/ Mark A. Ford
Mark A. Ford (admitted *pro hac vice*)
mark.ford@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Perry A. Lange (VSB #71184)
perry.lange@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202)-663-6363

*Attorneys for BTG International Limited*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2019, I electronically filed the foregoing with the Clerk of Court using the Court's Electronic Case Filing (ECF) system, which will then send a Notice of Electronic Filing (NEF) to the counsel of record in the above-captioned action.

                                                                                                                       */s/* Gordon D. Todd
                                                        Gordon D. Todd (VSB No. 45934)
                                                        gtodd@sidley.com
                                                        SIDLEY AUSTIN LLP
                                                        1501 K Street, NW
                                                        Washington, DC 20005
                                                        Telephone: (202) 736-8000
                                                        Facsimile: (202) 736-8711

                                                        *Attorney for Janssen Biotech, Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC*