UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A/ BLUE CROSS AND BLUE SHIELD OF LOUISIANA, and HMO LOUISIANA, INC., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>      Defendants. | Case No. 1:19-cv-00474-LMB-JFA |

## [PROPOSED] ORDER

Before this Court is Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and BTG International Limited's Joint Motion to Transfer Venue to the District of New Jersey. Upon due consideration, and for good cause shown, the Court **GRANTS** Defendants' Motion and **TRANSFERS** the above-captioned case to the United States District Court for the District of New Jersey.

      IT IS SO ORDERED.

Date:

 

                                                           The Honorable Leonie M. Brinkema
                                                           United States District Judge