UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA, and HMO LOUISIANA, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>    Defendants. | CIVIL ACTION NO. 1:19-cv-00474 |
| MAYOR AND CITY COUNCIL OF BALTIMORE, on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>    Defendants. | CIVIL ACTION NO.: 1:19-cv-00605 |
| IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA and VICINITY) HEALTH BENEFIT PLAN, on behalf of itself and all those similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>    Defendants. | CIVIL ACTION NO.: 1:19-cv-00642 |

|  |  |
|---|---|
| KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND, on behalf of itself and all those similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>      Defendants. | CIVIL ACTION NO.: 1:19-cv-00658 |

## [PROPOSED] ORDER

Upon this date, the Court having considered the Plaintiffs' Motion to Consolidate and the supporting memorandum it is hereby

ORDERED THAT:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the four above-listed Zytiga purchaser actions centralized in this District and assigned to this Court, and subsequently-filed or transferred purchaser actions, are hereby consolidated for all purposes including trial.

2. *Louisiana Health Services & Indemnity Co. v. Janssen Biotech, Inc., et al.*, Case No. 19-cv-00474 shall be designated the lead purchaser case. A lead case file shall be established for the Zytiga Purchaser Actions and a docket sheet shall be maintained for that file which shall include all filings.

3. Plaintiffs shall promptly file a single, consolidated complaint.

4. Any new filings in, or transferred to, this Court that are related to the Zytiga purchaser actions shall be deemed consolidated unless an objection to consolidation is filed within 14 days of the filing or transfer of such complaint and the objection is sustained.

5. All fillings related to the consolidated Zytiga purchaser actions shall be filed in the docket for the lead purchaser action and shall bear the following caption:

| IN RE ZYTIGA (abiraterone acetate) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All Zytiga Purchaser Class Actions | LEAD CASE NO. 1:19-cv-00474 |
|---|---|

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
United States District Judge
Eastern District of Virginia