IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY CO., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | 1:19-cv-474 (LMB/JFA) ) ) |
| JANSSEN BIOTECH, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court are several motions including plaintiffs' Motion to Consolidate Cases [Dkt. No. 35], in which plaintiffs have moved to consolidate this civil action with three other civil actions also filed in the Eastern District of Virginia against the same defendants. As this civil action was filed first, it is hereby

ORDERED that all pending motions in 1:19-cv-474-LMB-JFA, 1:19-cv-605-TSE-JFA, 1:19-cv-642-LMB-MSN, and 1:19-cv-658-AJT-TCB will be heard on Friday, June 21, 2019 at 10:00 A.M by the undersigned judge, to whom civil actions 1:19-cv-605 and 1:19-cv-658 should be reassigned.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of June, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge