# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | William H. Monroe, Jr. |
| | Lauren G. Barnes |
| | Gregory T. Arnold |
| Electronic Device(s): | Laptop (2) |
| Purpose and Location Of Use: | For use at the hearing scheduled before the Hon. Leonie M. Brinkema on June 21, 2019 at 10:00 a.m. |
| Case No.: | 1:19-cv-00474-LMB-JFA |
| Date(s) Authorized: | 06/21/2019 |
| IT Clearance Waived: | _____(Yes)    _____(No) |

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                 IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**