IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY CO., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)  1:19-cv-474 (LMB/JFA) |
| v. | )<br>) |
| JANSSEN BIOTECH, INC., et al., | )<br>) |
| Defendants. | )<br>) |

## ORDER

For the reasons stated in open court, defendants' Joint Motion to Change Venue [Dkt. No. 30] and plaintiffs' Motion to Consolidate Cases [Dkt. No. 35] are GRANTED;[1] plaintiffs' Motion for Appointment of Interim Counsel for the Proposed Class [Dkt. No. 37] and defendants' Consent Motion to Set Date [Dkt. No. 51] are DEFERRED to the transferee court; and it is hereby

ORDERED that this consolidated civil action be and is TRANSFERRED to the District of New Jersey, Newark Division.

The Clerk is directed to transfer this consolidated action to the District of New Jersey, Newark Division and to forward copies of this Order to counsel of record.

Entered this 21st day of June, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] Accordingly, civil actions 1:19-cv-605, 1:19-cv-642, 1:19-cv-658, and 1:19-cv-770 should all be consolidated into this civil action, 1:19-cv-474.