# U.S. District Court
## Eastern District of Virginia – (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:19−cv−00474−LMB−JFA

| | |
|---|---|
| Louisiana Health Service & Indemnity Company et al v. Janssen Biotech, Inc. et al <br> Assigned to: District Judge Leonie M. Brinkema <br> Referred to: Magistrate Judge John F. Anderson <br> Cause: 15:2 Antitrust Litigation | Date Filed: 04/18/2019 <br> Date Terminated: 06/21/2019 <br> Jury Demand: Plaintiff <br> Nature of Suit: 410 Anti−Trust <br> Jurisdiction: Federal Question |

**Plaintiff**

**Louisiana Health Service & Indemnity Company**     represented by     **William Hanes Monroe , Jr.**
*d/b/a/ Blue Cross and Blue Shield of Louisiana, on behalf of themselves and all others similarly situated*

Glasser & Glasser PLC
580 E Main St
Suite 600
Norfolk, VA 23510
(757) 625−6787
Email: bill@glasserlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HMO Louisiana, Inc.**     represented by     **William Hanes Monroe , Jr.**
*on behalf of themselves and all others similarly situated*

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janssen Biotech, Inc.**     represented by     **Gordon Dwyer Todd**

Sidley Austin LLP (DC)
1501 K Street, N.W.
Washington, DC 20005
202−736−8000
Fax: 202−736−8711
Email: gtodd@sidley.com
*ATTORNEY TO BE NOTICED*

**Kimberly Ann Leaman**
Sidley Austin LLP (DC)
1501 K Street, N.W.
Washington, DC 20005
202−736−8000
Fax: 202−736−8711
Email: kimberly.leaman@sidley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janssen Oncology, Inc.**     represented by     **Gordon Dwyer Todd**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Ann Leaman**

                    (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janssen Research & Development, LLC**      represented by    **Gordon Dwyer Todd**
(See above for address)
*ATTORNEY TO BE NOTICED*

                    **Kimberly Ann Leaman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BTG International Ltd.**      represented by    **Perry Andrew Lange**
Wilmer Cutler Pickering Hale & Dorr LLP (DC)
1875 Pennsylvania Ave NW
Washington, DC 20006
202−663−6000
Fax: 202−663−6363
Email: perry.lange@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Mayor and City Council of Baltimore**      represented by    **William Hanes Monroe , Jr.**
*on behalf of itself and all others similarly situated*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Iron Workers District Council (Philadelphia and Vicinity) Health Benefit Plan**      represented by    **William Hanes Monroe , Jr.**
*on behalf of itself and all those similarly situated*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kentucky Laborers District Council Health and Welfare Fund**      represented by    **William Hanes Monroe , Jr.**
*on behalf of itself and all those similarly situated*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Pipe Trades Services MN Welfare Fund, on behalf of themselves and all other similarly situated**      represented by    **Wyatt B. Durrette , Jr.**
Durrette Arkema Gerson & Gill PC
1111 East Main Street
16th Floor
Richmond, VA 23219
(804) 775−6900
Fax: (804) 775−6911
Email: wdurrette@dagglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2019 | 1 | Complaint ( Filing fee $ 400, receipt number 0422–6598770.), filed by Louisiana Health Service & Indemnity Company, HMO Louisiana, Inc.. (Attachments: # 1 Civil Cover Sheet)(Monroe, William) (Entered: 04/18/2019) |
| 04/18/2019 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 04/18/2019) |
| 04/18/2019 |  | Initial Case Assignment to District Judge Leonie M. Brinkema and Magistrate Judge John F. Anderson. (lcre, ) (Entered: 04/18/2019) |
| 05/02/2019 | 3 | Proposed Summons *to Janssen Biotech, Inc.* by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/02/2019) |
| 05/02/2019 | 4 | Proposed Summons *to Janssen Oncology, Inc.* by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/02/2019) |
| 05/02/2019 | 5 | Proposed Summons *to Janssen Research & Development, LLC* by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/02/2019) |
| 05/03/2019 | 6 | Summons Issued as to Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. NOTICE TO ATTORNEY: Print out two elctonically issued summons and one copy of the attachments for each defendant to be served with the complaint. (lcre, ) (Entered: 05/03/2019) |
| 05/03/2019 | 7 | Proposed Summons *to Janssen Research & Development, LLC* by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/03/2019) |
| 05/07/2019 | 8 | WAIVER OF SERVICE Returned Executed by Louisiana Health Service & Indemnity Company, HMO Louisiana, Inc.. Janssen Biotech, Inc. waiver sent on 5/6/2019, answer due 7/5/2019; Janssen Oncology, Inc. waiver sent on 5/6/2019, answer due 7/5/2019; Janssen Research & Development, LLC waiver sent on 5/6/2019, answer due 7/5/2019. (Monroe, William) (Entered: 05/07/2019) |
| 05/07/2019 | 9 | Summons Returned Unexecuted by Louisiana Health Service & Indemnity Company, HMO Louisiana, Inc. as to Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Monroe, William) (Entered: 05/07/2019) |
| 05/09/2019 |  | Notice of Correction: Proof of Service Second Page not signed re 9 Summons Returned Unexecuted (lcre, ) (Entered: 05/09/2019) |
| 05/09/2019 | 10 | Proposed Summons *to BTG International Limited* by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/09/2019) |
| 05/09/2019 | 11 | Summons Returned Unexecuted by Louisiana Health Service & Indemnity Company, HMO Louisiana, Inc. as to Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Monroe, William) (Entered: 05/09/2019) |
| 05/14/2019 | 12 | WAIVER OF SERVICE Returned Executed by Louisiana Health Service & Indemnity Company, HMO Louisiana, Inc.. BTG International Ltd. waiver sent on 5/9/2019, answer due 7/8/2019. (Monroe, William) (Entered: 05/14/2019) |
| 05/14/2019 | 13 | NOTICE of Appearance by Kimberly Ann Leaman on behalf of Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC (Leaman, Kimberly) (Entered: 05/14/2019) |
| 05/14/2019 | 14 | Financial Interest Disclosure Statement (Local Rule 7.1) by Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Leaman, Kimberly) (Entered: |

| | | |
|---|---|---|
| | | 05/14/2019) |
| 05/17/2019 | 15 | Motion to appear Pro Hac Vice by Thomas Sobol and Certification of Local Counsel William H. Monroe, Jr. Filing fee $ 75, receipt number 0422–6646574. by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/17/2019) |
| 05/17/2019 | 16 | Motion to appear Pro Hac Vice by Lauren Guth Barnes and Certification of Local Counsel William H. Monroe, Jr. Filing fee $ 75, receipt number 0422–6646601. by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/17/2019) |
| 05/17/2019 | 17 | Motion to appear Pro Hac Vice by Gregory Arnold and Certification of Local Counsel William H. Monroe, Jr. Filing fee $ 75, receipt number 0422–6646613. by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/17/2019) |
| 05/20/2019 | 18 | ORDER granting 15 Motion for Pro hac vice of Thomas Sobol. Signed by District Judge Leonie M. Brinkema on 5/20/2019. (lcre, ) (Entered: 05/20/2019) |
| 05/20/2019 | 19 | ORDER granting 16 Motion for Pro hac vice of Lauren Guth Barnes. Signed by District Judge Leonie M. Brinkema on 5/20/2019. (lcre, ) (Entered: 05/20/2019) |
| 05/20/2019 | 20 | ORDER granting 17 Motion for Pro hac vice of Gregory Arnold. Signed by District Judge Leonie M. Brinkema on 5/20/2019. (lcre, ) (Entered: 05/20/2019) |
| 05/21/2019 | 21 | NOTICE of Appearance by Perry Andrew Lange on behalf of BTG International Ltd. (Lange, Perry) (Entered: 05/21/2019) |
| 05/21/2019 | 22 | Motion to appear Pro Hac Vice by Mark A. Ford and Certification of Local Counsel Perry A. Lange Filing fee $ 75, receipt number 0422–6651929. by BTG International Ltd.. (Lange, Perry) (Entered: 05/21/2019) |
| 05/21/2019 | 23 | Financial Interest Disclosure Statement (Local Rule 7.1) by BTG International Ltd.. (Lange, Perry) (Entered: 05/21/2019) |
| 05/22/2019 | 24 | ORDER granting 22 Motion for Pro hac vice Mark Albert Ford. Signed by District Judge Leonie M. Brinkema on 5/22/2019. (lcre, ) (Entered: 05/22/2019) |
| 05/22/2019 | 25 | Motion to appear Pro Hac Vice by Steven Horowitz and Certification of Local Counsel Kimberly Ann Leaman Filing fee $ 75, receipt number 0422–6654353. by Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Leaman, Kimberly) (Entered: 05/22/2019) |
| 05/22/2019 | 26 | Motion to appear Pro Hac Vice by John Treece and Certification of Local Counsel Kimberly Ann Leaman Filing fee $ 75, receipt number 0422–6654359. by Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Leaman, Kimberly) (Entered: 05/22/2019) |
| 05/24/2019 | 27 | NOTICE of Appearance by Gordon Dwyer Todd on behalf of Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC (Todd, Gordon) (Entered: 05/24/2019) |
| 05/24/2019 | 28 | ORDER granting 25 Motion for Pro hac vice of Steven Horowitz. Signed by District Judge Leonie M. Brinkema on 5/24/2019. (lcre, ) (Entered: 05/24/2019) |
| 05/24/2019 | 29 | ORDER granting 26 Motion for Pro hac vice of John Treece. Signed by District Judge Leonie M. Brinkema on 5/24/2019. (lcre, ) (Entered: 05/24/2019) |
| 05/24/2019 | 30 | Joint MOTION to Change Venue by BTG International Ltd., Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Attachments: # 1 Proposed Order)(Todd, Gordon) (Entered: 05/24/2019) |

| 05/24/2019 | 31 | Memorandum in Support re 30 Joint MOTION to Change Venue filed by BTG International Ltd., Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Todd, Gordon) (Entered: 05/24/2019) |
|---|---|---|
| 05/24/2019 | 32 | Declaration re 30 Joint MOTION to Change Venue *Declaration of Jerome A. Swindell* by BTG International Ltd., Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Todd, Gordon) (Entered: 05/24/2019) |
| 05/24/2019 | 33 | AFFIDAVIT in Support re 30 Joint MOTION to Change Venue *of Paul Mussenden* by BTG International Ltd., Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Todd, Gordon) (Entered: 05/24/2019) |
| 05/24/2019 | 34 | Notice of Hearing Date set for June 21, 2019 at 10:00 AM, re 30 Joint MOTION to Change Venue (Todd, Gordon) (Entered: 05/24/2019) |
| 05/28/2019 |  | Set Deadlines as to 30 Joint MOTION to Change Venue . Motion Hearing set for 6/21/2019 at 10:00 AM in Alexandria Courtroom 700 before District Judge Leonie M. Brinkema. (clar, ) (Entered: 05/28/2019) |
| 05/31/2019 | 35 | MOTION to Consolidate Cases by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Attachments: # 1 Proposed Order)(Monroe, William) (Entered: 05/31/2019) |
| 05/31/2019 | 36 | Memorandum in Support re 35 MOTION to Consolidate Cases filed by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 05/31/2019) |
| 05/31/2019 | 37 | MOTION For Appointment of Interim Counsel for the Proposed Class by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Attachments: # 1 Proposed Order)(Monroe, William) (Entered: 05/31/2019) |
| 05/31/2019 | 38 | Memorandum in Support re 37 MOTION For Appointment of Interim Counsel for the Proposed Class filed by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Attachments: # 1 Exhibit A. Hagens Berman Resume, # 2 Exhibit B. Dugan CV, # 3 Exhibit C. Robertson Booklet, # 4 Exhibit D. KTMC Resume, # 5 Exhibit E. BSJ Resume)(Monroe, William) (Entered: 05/31/2019) |
| 05/31/2019 | 39 | Notice of Hearing Date re 35 MOTION to Consolidate Cases , 37 MOTION For Appointment of Interim Counsel for the Proposed Class (Monroe, William) (Entered: 05/31/2019) |
| 06/03/2019 | 40 | ORDER directing that all pending motions in l:19–cv–474–LMB–JFA, 1:19–cv–605–TSE–JFA, l:19–cv–642–LMB–MSN, and l:19–cv–658–AJT–TCB will be heard on Friday, June 21, 2019 at 10:00 A.M by the undersigned judge; directing that civil actions l:19–cv–605 and l:19–cv–658 should be reassigned to undersigned judge. Signed by District Judge Leonie M. Brinkema on 6/3/2019. (aott, ) (Entered: 06/03/2019) |
| 06/05/2019 | 41 | Motion to appear Pro Hac Vice by Alison Claire Burton and Certification of Local Counsel Perry A. Lange Filing fee $ 75, receipt number 0422–6674411. by BTG International Ltd.. (Lange, Perry) (Entered: 06/05/2019) |
| 06/06/2019 | 42 | ORDER granting 41 Motion for Pro hac vice of Alison Claire Burton. Signed by District Judge Leonie M. Brinkema on 6/6/2019. (lcre, ) (Entered: 06/06/2019) |
| 06/06/2019 | 43 | RESPONSE to Motion re 35 MOTION to Consolidate Cases filed by BTG International Ltd., Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Todd, Gordon) (Entered: 06/06/2019) |
| 06/07/2019 | 44 | Opposition to 30 Joint MOTION to Change Venue filed by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Attachments: # 1 Exhibit A. Motion to Transfer, # 2 Exhibit B. |

| | | |
|---|---|---|
| | | #582 Judicial Notice, # 3 Exhibit C. #853 Judicial Notice)(Monroe, William) (Entered: 06/07/2019) |
| 06/10/2019 | 45 | Motion to appear Pro Hac Vice by James Randolph Dugan, II and Certification of Local Counsel William H. Monroe, Jr. Filing fee $ 75, receipt number 0422–6683480. by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 06/10/2019) |
| 06/10/2019 | 46 | Motion to appear Pro Hac Vice by David Scott Scalia and Certification of Local Counsel William H. Monroe, Jr. Filing fee $ 75, receipt number 0422–6683484. by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Monroe, William) (Entered: 06/10/2019) |
| 06/11/2019 | 47 | ORDER granting 45 Motion for Pro hac vice of James Randolph Dugan, II. Signed by District Judge Leonie M. Brinkema on 6/11/2019. (lcre, ) (Entered: 06/11/2019) |
| 06/11/2019 | 48 | ORDER granting 46 Motion for Pro hac vice of David Scott Scalia. Signed by District Judge Leonie M. Brinkema on 6/11/2019. (lcre, ) (Entered: 06/11/2019) |
| 06/13/2019 | 49 | MOTION for Electronic Device Application by HMO Louisiana, Inc., Louisiana Health Service & Indemnity Company. (Attachments: # 1 Letter)(lcre, ) (Entered: 06/13/2019) |
| 06/13/2019 | 50 | Reply to Motion re 30 Joint MOTION to Change Venue filed by BTG International Ltd., Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Todd, Gordon) (Entered: 06/13/2019) |
| 06/14/2019 | 51 | Consent MOTION to set date for Defendant's Motion to Dismiss and Hearing on Motion to Dismiss by Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC. (Attachments: # 1 Proposed Order)(Todd, Gordon) (Entered: 06/14/2019) |
| 06/17/2019 | 52 | ORDER denying 49 Motion for Electronic Device Application. Signed by District Judge Leonie M. Brinkema on 6/17/2019. (lcre, ) (Entered: 06/17/2019) |
| 06/21/2019 | 53 | Minute Entry for proceedings held before District Judge Leonie M. Brinkema:Motion Hearing held on 6/21/2019. Appearances of counsel. Motions argued. 30 Joint MOTION to Change Venue and 35 MOTION to Consolidate Cases are GRANTED. 37 MOTION For Appointment of Interim Counsel for the Proposed Class and 51 Consent MOTION to set date for Defendant's Motion to Dismiss and Hearing on Motion to Dismiss are DEFERRED. (order to follow) (Court Reporter A. Thomson.)(yguy) (Entered: 06/24/2019) |
| 06/21/2019 | 54 | ORDER: For the reasons stated in open court, defendants' Joint Motion to Change Venue [Dkt. No. 30] and plaintiffs' Motion to Consolidate Cases [Dkt. No. 35] are GRANTED;' plaintiffs' Motion for Appointment of Interim Counsel for the Proposed Class [Dkt. No. 37] and defendants' Consent Motion to Set Date [Dkt. No. 51] are DEFERRED to the transferee court; and it is herebyORDERED that this consolidated civil action be and is TRANSFERRED to the District of New Jersey, Newark Division. (see order for details). Signed by District Judge Leonie M. Brinkema on 6/21/19. (yguy) (Entered: 06/24/2019) |
| 06/21/2019 | | Case electronically transferred to District of New Jersey. (yguy) (Entered: 06/24/2019) |