# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: 973-643-7000**
**Fax: 973-643-6500**

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

Jeffrey J. Greenbaum
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

September 10, 2019

<u>**VIA ECF**</u>
Honorable James B. Clark III, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Room 369
Newark, NJ 07101

> **Re:** *Louisiana Health Service & Indemnity Co., et al. v. Janssen Biotech, Inc., et al.,* **Civil Action No. 19-14146 (KM-JBC)**

Dear Magistrate Judge Clark:

This firm represents Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC (collectively, the "Janssen Defendants") in the above-captioned action. The deadline for the Janssen Defendants and co-defendant BTG International Limited ("BTG", and collectively with the Janssen Defendants, the "Defendants") to file a responsive pleading is currently today. The parties have agreed to extend the time for Defendants to respond to the Complaint in order to provide additional time to resolve certain issues relating to consolidation and the leadership structure among the various Plaintiffs' law firms. I have enclosed a proposed Stipulation and Order extending the Defendants' time to answer, move, or otherwise respond to the Complaint. If this is acceptable to the Court, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system. Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

cc: All Counsel of Record (via ECF)