# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| JAN ALAN BRODY | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | STEPHEN R. DANEK |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **FAX (973) 994-1744** | CHRISTOPHER H. WESTRICK* | DONALD A. ECKLUND |
| CHARLES M. CARELLA | MELISSA E. FLAX | www.carellabyrne.com | JAMES A. O'BRIEN III** | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | ZACHARY S. BOWER+ |
| | G. GLENNON TROUBLEFIELD | | OF COUNSEL | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | | CHRISTOPHER J. BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | *CERTIFIED BY THE SUPREME COURT OF | JOHN V. KELLY III |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | MICHAEL A. INNES |
| | | | **MEMBER NY AND MA BARS ONLY | |
| | | | | +MEMBER FL BAR ONLY |

October 8, 2019

**VIA ECF**

Hon. James B. Clark, III
United States Magistrate Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

  Re: *Louisiana Health Service & Indemnity Co., et al. v. Janssen Biotech, Inc., et al*
     Civil Action No. 19-14146 (KM)(JBC)

Dear Judge Clark:

  We are co-counsel for the Plaintiffs in the above matter.  As a follow-up to the telephone conference this afternoon, enclosed is a proposed Stipulation and Order memorializing the Plaintiff groups' proposal for supplemental briefing with respect to Plaintiff leadership issues.  If the schedule meets with the Court's approval, Plaintiffs respectfully request that the Court sign the Order and have a "filed" copy returned to us via the Court's ECF system.

  Thank you for your attention to this matter.  If the Court has any questions, please do not hesitate to contact us.

          Respectfully submitted,

          CARELLA, BYRNE, CECCHI,
          OLSTEIN, BRODY & AGNELLO

          /s/ Lindsey H. Taylor

          LINDSEY H. TAYLOR

cc:  All Counsel (w/encl.)(via ECF)