## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA, *et al*, on behalf of themselves and all others similarly situated<br><br>Plaintiffs<br>vs.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>Defendants. | Civil Action No. 19-14146 (KM)(JBC)<br><br><br><br><br>**STIPULATION and ORDER** |

IT IS HEREBY STIPULATED by and among counsel for Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc., the Mayor and City Council of Baltimore, Iron Workers District Council (Philadelphia and Vicinity) Health Benefit Plan, Kentucky Laborers District Council Health and Welfare Fund, and Pipe Trades Services MN Welfare Fund (together "Consolidated Amended Complaint Plaintiffs") and counsel for Self-Insured Schools of California ("SISC") as follows:

1. Consolidated Amended Complaint Plaintiffs and SISC shall file supplemental briefing relating to the appointment of interim class counsel for Plaintiffs pursuant to Fed.R.Civ.P. 23(g)(3) no later than 5:00 p.m. Eastern Time on Thursday, October 10, 2019.  Such briefing shall be no longer than 10 pages in 12 point proportional font.

2. Consolidated Amended Complaint Plaintiffs and SISC may file reply briefs relating to the appointment of interim class counsel no later than 5:00 p.m. Eastern Time on Tuesday, October 15, 2019.  Such briefing shall be no longer than 5 pages in 12 point proportional font.

3. To the extent the Court believes oral argument would be necessary or appropriate, it will contact the parties to schedule a hearing.

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>Attorneys for Plaintiffs<br>LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA, HMO LOUISIANA, INC., THE MAYOR AND CITY COUNCIL OF BALTIMORE, IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) HEALTH BENEFIT PLAN, KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND, AND PIPE TRADES SERVICES MN WELFARE FUND | COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP<br>Attorneys for Plaintiff<br>SELF-INSURED SCHOOLS OF CALIFORNIA<br><br>By:   /s/ Peter S. Pearlman<br>       PETER S. PEARLMAN |
| By:   /s/ Lindsey H. Taylor<br>       LINDSEY H. TAYLOR | |

SO ORDERED this _____ day of October, 2019

_____
JAMES B. CLARK, III, U.S.M.J.