# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA, *et al*, on behalf of themselves and all others similarly situated<br><br>Plaintiffs<br>vs.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>Defendants. | Civil Action No. 19-14146 (KM)(JBC)<br><br><br><br>**ORDER** |

WHEREAS on May 13, 2020, the Court having entered an Order encouraging the parties to agree upon a schedule for motion practice going forward (Docket Entry 129) and

WHEREAS the parties having met and conferred and agreed upon a schedule; and good cause appearing,

IT IS THIS 22nd day of June, 2020

ORDERED that the following schedule is entered with respect to motion practice in the above-captioned matter.

| Event | Date |
|---|---|
| Plaintiffs file or stand on previously filed Complaints | Within 10 days of the Court entering an order appointing a leadership structure for plaintiffs |
| Defendants answer or otherwise move with respect to Plaintiffs' Complaints | Within 55 days of the Court entering an order appointing a leadership structure for plaintiffs |
| Plaintiffs file oppositions to any such motions | Within 85 days of the Court entering an order appointing a leadership structure for plaintiffs |
| Defendants file replies in support of any such motions | Within 115 days of the Court entering an order appointing a leadership structure for plaintiffs |

/s/ Kevin McNulty
_____
HON. KEVIN McNULTY, U.S.D.J.