UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY** et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**JANSSEN BIOTECH INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT LLC, and BTG INTERNATIONAL LTD.**,<br><br>    Defendants. | Civ. No. 19-14146 (KM) (JBC) |
| **SELF-INSURED SCHOOLS OF CALIFORNIA**, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**JANSSEN BIOTECH INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT LLC, JOHNSON & JOHNSON, and BTG INTERNATIONAL LTD.**,<br><br>    Defendant. | Civ. No. 19-14291 (KM) (JBC)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion (DE 37) of the Consolidated Amended Complaint Plaintiffs ("CAC Plaintiffs") in Case No. 19-14146 to appoint interim lead counsel and the motion of Self-Insured Schools of California ("SISC") to appoint interim lead counsel (DE 117); and the Court having considered the submissions of the parties (DE 116–19) without

oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 10th day of February 2021,

**ORDERED** that CAC Plaintiffs' motion for appointment of counsel (DE 37) is **GRANTED.** Specifically, it is ordered that:

1. Thomas Sobol and Lauren Barnes of Hagens Berman Sobol Shapiro LLP, James Dugan of the Dugan Law Firm, Sharon Robertson of Cohen Milstein Sellers & Toll PLLC, Joseph Meltzer of Kessler Topaz Meltzer & Check LLP, and Joe Leniski of Bransetter, Stranch & Jennings, PLLC are appointed to act as co-Interim Lead Class Counsel to act on behalf of the Plaintiffs in Case Nos. 19-14146 and 19-14291.
2. Thomas Sobol, Lauren Barnes, and Sharon Robertson are appointed as co-chairs of the co-Interim Lead Counsel committee.
3. James E. Cecchi is appointed as Interim Liaison Counsel for Plaintiffs.
4. Interim Lead Counsel and Interim Liaison Counsel shall have the responsibilities set forth below:
    a. determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;
    b. coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative Class consistent with the requirements of the Federal Rules;
    c. convene meetings among Plaintiffs' counsel;
    d. conduct settlement negotiations on behalf of Plaintiffs and the putative Class;
    e. delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the Plaintiffs and the putative Class is conducted efficiently and effectively;
    f. enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

g. monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

h. perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court;

i. serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

j. ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

k. negotiate and enter into stipulations with defense counsel as necessary to promote the efficient advancement of this litigation;

l. communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and

m. make available to other Plaintiffs' counsel documents produced by Defendants.

**AND IT IS FURTHER ORDERED** that SISC's competing motion for appointment of counsel (DE 117) is **DENIED**.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**