## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A/ BLUE CROSS AND BLUE SHIELD OF HMO LOUISIANA, and HMO LOUISIANA, INC., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>  Defendants. | Case No. 19-cv-14146 (KM) (ESK) |
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC., HEALTH DIRECT PHARMACY SERVICES, AND NOBLE HEALTH SERVICES, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>  Defendants. | Case No. 2:20-cv-05901 (KM) (ESK) |

**STIPULATION AND ORDER REGARDING MOTION TO DISMISS BRIEFING PAGE LIMITS IN END-PAYOR AND DIRECT PURCHASER CLASS ACTIONS**

The parties in the above-captioned litigations have met and conferred and, subject to this Court's approval, respectfully submit this Stipulation and proposed Order.

WHEREAS, *Louisiana Health Service & Indemnity Co., et al. v. Janssen Biotech, Inc., et al.*, Civil Action No. 19-14146 (KM-ESK) is referred to as the "End-Payor Class Action;"

WHEREAS, *KPH Healthcare Services, Inc. v. Janssen Biotech, Inc.*, *et al.*, Civil Action No. 20-05901 (KM-ESK) is referred to as the "Direct Purchaser Class Action;"

WHEREAS the Court previously entered an order setting a motion to dismiss briefing schedule in the End-Payor Class Action and Direct Purchaser Class Action;

WHEREAS the dates in such briefing schedule shall remain in place.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

- Defendants shall file a single Joint Motion to Dismiss brief in the End-Payor Class Action, not to exceed 65 pages in 14-point proportional font.

- Defendants shall file a single Joint Motion to Dismiss brief in the Direct Purchaser Class Action, not to exceed 65 pages in 14-point proportional font.

- End-Payor Plaintiffs shall file a single opposition brief to the Joint Motion to Dismiss in the End-Payor Class Action, not to exceed 65 pages in 14-point proportional font.

- Direct Purchaser Plaintiffs shall file a single opposition brief to the Joint Motion to Dismiss in the Direct Purchaser Class Action, not to exceed 65 pages in 14-point proportional font.

- Defendants shall file a single Joint Reply brief in support of their Motion to Dismiss in the End-Payor Class Action, not to exceed 25 pages in 14-point proportional font. Defendants reserve the right to seek the Court's permission to file a Joint Reply brief in excess of 25 pages if Defendants deem additional pages necessary. End-Payor Plaintiffs reserve the right to object to any such request.

- Defendants shall file a single Joint Reply brief in support of their Motion to Dismiss in the Direct Purchaser Class Action, not to exceed 25 pages in 14-point

proportional font.  Defendants reserve the right to seek the Court's permission to file a Joint Reply brief in excess of 25 pages if Defendants deem additional pages necessary.  Direct Purchaser Plaintiffs reserve the right to object to any such request.

Dated: April 6, 2021

By: /s/ Shelly L. Friedland
    Shelly L. Friedland
    Ted Trief
    **TRIEF & OLK**
    9 Kansas Street
    Hackensack, NJ 07601
    Telephone: (201) 343-5770
    Facsimile: (212) 317-2946
    sfriedland@triefandolk.com

*Interim Liaison Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Plaintiff Class*

    Dianne M. Nast
    **NASTLAW LLC**
    1101 Market Street, Suite 2801
    Philadelphia, PA 19107
    Telephone: (215) 923-9300
    Facsimile: (215) 923-9302
    dnast@nastlaw.com

    Michael L. Roberts
    **ROBERTS LAW FIRM**
    1920 McKinney Avenue, Suite 700
    Dallas, TX  75201
    Telephone: (501) 952-8558
    mikeroberts@robertslawfirm.us

*Co-Interim Lead Counsel for the Proposed Direct Purchaser Plaintiff Class*

**SILLS CUMMIS & GROSS P.C.**

By: /s/ James E. Cecchi
    James E. Cecchi
    Lindsey H. Taylor
    CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
    5 Becker Farm Road
    Roseland, NJ 07068
    (973) 994-1700

*Interim Liaison Counsel for End-Payor Plaintiffs and the Proposed End-Payor Class*

    Thomas M. Sobol
    Lauren G. Barnes
    Gregory T. Arnold
    HAGENS BERMAN SOBOL SHAPIRO LLP
    55 Cambridge Parkway, Suite 301
    Cambridge, MA 02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003
    tom@hbsslaw.com
    lauren@hbsslaw.com
    grega@hbsslaw.com

    Sharon K. Robertson
    Donna M. Evans
    COHEN MILSTEIN SELLERS & TOLL, PLLC
    88 Pine Street, 14th Floor
    New York, NY 10005
    Telephone: (212) 838-7797
    Facsimile: (212) 838-7745
    srobertson@cohenmilstein.com
    devans@cohenmilstein.com

By:    *s/ Jeffrey J. Greenbaum*
    Jeffrey J. Greenbaum
    Gregory E. Reid
    One Riverfront Plaza
    Newark, NJ 07102
    Phone: (973) 643-7000
    jgreenbaum@sillscummis.com
    greid@sillscummis.com

**COVINGTON & BURLING LLP**
Timothy C. Hester (*pro hac vice*)
Ashley E. Bass (*pro hac vice*)
Carol A. Szurkowski (*pro hac vice*)
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
thester@cov.com
abass@cov.com
cszurkowski@cov.com

*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson*

**WALSH PIZZI O'REILLY FALANGA LLP**

By: *s/ Liza M. Walsh*
    Liza M. Walsh
    Katelyn O'Reilly
    William T. Walsh, Jr.
    Three Gateway Center
    100 Mulberry Street, 15th Floor
    Newark, NJ 07102
    Telephone: (973) 757-1100
    lwalsh@walsh.law
    koreilly@walsh.law
    wwalsh@walsh.law

**WHITE & CASE LLP**
Peter J. Carney (*pro hac vice*)
Adam M. Acosta (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3667
pcarney@whitecase.com
adam.acosta@whitecase.com

*Co-Chairs of the Co-Interim Lead Counsel Committee for the Proposed End-Payor Class*

    James R. Dugan II
    David S. Scalia
    TerriAnne Benedetto
    THE DUGAN LAW FIRM, LLC
    One Canal Place, Suite 1000
    365 Canal Street
    New Orleans, LA 70130
    Telephone: (504) 648-0180
    Facsimile: (504) 648-0181
    jdugan@dugan-lawfirm.com
    dscalia@dugan-lawfirm.com
    tbenedetto@dugan-lawfirm.com

*Counsel for Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc. and Co-Interim Lead Counsel for the Proposed End-Payor Class*

    Joseph H. Meltzer
    Terence S. Ziegler
    Donna Siegel Moffa
    KESSLER TOPAZ MELTZER & CHECK LLP
    280 King of Prussia Road
    Radnor, PA 19087
    Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
    jmeltzer@ktmc.com
    tziegler@ktmc.com
    dmoffa@ktmc.com

*Counsel for Plaintiff Iron Workers District Council (Philadelphia and Vicinity) Health Benefit Plan and Co-Interim Lead Counsel for the Proposed End-Payor Class*

Alison Hanstead (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8433
ahanstead@whitecase.com
jpace@whitecase.com

Kevin M. Bolan (*pro hac vice*)
75 State Street
Boston, MA 02109-1814
Telephone: (617) 797-9311
Kevin.bolan@whitecase.com

*Attorneys for Defendant*
*BTG International Limited*

Joe P. Leniski, Jr.
J. Gerard Stranch, IV
James G. Stranch, III
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203 Telephone: 615/254-8801 Facsimile: 615/255-5419
joeyl@bsjfirm.com
gerards@bsjfirm.com
jims@bsjfirm.com

*Council for Plaintiff Kentucky Laborers*
*District Council Health and Welfare Fund and*
*Co-Interim Lead Counsel for the Proposed*
*End-Payor Class*

Richard A. Sherburne, Jr.
Jessica W. Chapman
LOUISIANA HEALTH SERVICE & INDEMNITY
COMPANY, D/B/A BLUE CROSS AND BLUE
SHIELD OF LOUISIANA
5525 Reitz Avenue (70809)
P.O. Box 98029
Baton Rouge, LA 70809-9029

Telephone: (225) 298-1144

Facsimile: (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com

Bryan F. Aylstock
Justin G. Witkin
AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC
17 East Main Street
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com
jwitkin@awkolaw.com

*Counsel for Plaintiffs Louisiana Health Service*
*& Indemnity Company d/b/a Blue Cross and*
*Blue Shield of Louisiana, HMO Louisiana,*
*Inc.*

Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Warren T. Burns
Spencer Cox
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75201
Tel: (469) 904-4550
wburns@burnscharest.com
scox@burnscharest.com

Amanda Klevorn
BURNS CHAREST LLP
65 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
lwright@burnscharest.com

*Counsel for Plaintiff the
Mayor and City Council of Baltimore and the
Proposed End-Payor Class*

Jane Lewis
CITY OF BALTIMORE DEPARTMENT OF LAW
City Hall, Room 109
100 N. Holiday Street
Baltimore, MD 21202
Telephone: (443) 388-2190
Jane.Lewis@baltimorecity.gov

*Counsel for Plaintiff the Mayor and City
Council of Baltimore*

Heidi M. Silton
Karen H. Riebel
Jessica N. Servais
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S., Suite 2200
Minneapolis, Minnesota 55401

Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
khriebel@locklaw.com
jnservais@locklaw.com

Daniel C. Hedlund
Michelle J. Looby
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

*Counsel for Plaintiff Pipe Trades Services
MN Welfare Fund and the Proposed End-
Payor Class*

**SO ORDERED this _____ day of _____ 2021.**

_____
KEVIN MCNULTY, U.S.D.J.