| | |
|---|---|
| SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC* | WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>Telephone: (973) 757-1100<br>*Attorneys for Defendant BTG International Limited* |

*Additional counsel on signature page*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A/ BLUE CROSS AND BLUE SHIELD OF LOUISIANA, and HMO LOUISIANA, INC., *et al.* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED<br><br>Defendants. | Civil Action No. 19-cv-14146 (KM) (ESK)<br><br>Hon. Kevin McNulty, U.S.D.J.<br><br>**Return Date: To be set by the Court**<br><br>(Oral Argument Requested)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF JOINT MOTION TO DISMISS BY DEFENDANTS JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, <u>and BTG INTERNATIONAL LIMITED</u>** |

**PLEASE TAKE NOTICE** that at such date and time as may be set by the Court, Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and BTG International Limited (collectively, "Defendants"), by and through their undersigned attorneys, will move before the Honorable Kevin McNulty, U.S.D.J., United States District Court for the District of New Jersey, Lautenberg U.S. Post Office & Courthouse, Federal Square, Courtroom 4, Newark, New Jersey 07101, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Second Consolidated Class Action Complaint ("IPP Complaint") with

prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying Brief in Support of Their Joint Motion to Dismiss the IPP Complaint, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

| | |
|---|---|
| Dated: April 6, 2021 | Respectfully submitted, |
| By: *s/ Liza M. Walsh* | By: *s/ Jeffrey J. Greenbaum* |
| Liza M. Walsh | Jeffrey J. Greenbaum |
| Katelyn O'Reilly | Gregory E. Reid |
| William T. Walsh, Jr. | **SILLS CUMMIS & GROSS P.C.** |
| **WALSH PIZZI O'REILLY FALANGA LLP** | One Riverfront Plaza |
| Three Gateway Center | Newark, NJ 07102 |
| 100 Mulberry Street, 15th Floor | Phone: (973) 643-7000 |
| Newark, NJ 07102 | Facsimile: (973) 643-6500 |
| Phone: (973) 757-1100 | jgreenbaum@sillscummis.com |
| Facsimile: (973) 757-1090 | greid@sillscummis.com |
| lwalsh@walsh.law | |
| koreilly@walsh.law | Timothy C. Hester (*pro hac vice*) |
| wwalsh@walsh.law | thester@cov.com |
| | Ashley E. Bass (*pro hac vice*) |
| Jack E. Pace III (*pro hac vice*) | abass@cov.com |
| jpace@whitecase.com | Carol A. Szurkowski (*pro hac vice*) |
| Alison Hanstead (*pro hac vice*) | cszurkowski@cov.com |
| ahanstead@whitecase.com | **COVINGTON & BURLING LLP** |
| **WHITE & CASE LLP** | One CityCenter |
| 1221 Avenue of the Americas | 850 Tenth Street NW |
| New York, NY 10020 | Washington, DC 20001 |
| | Telephone: (202) 662-6000 |
| Peter J. Carney (*pro hac vice*) | Facsimile: (202) 662-6291 |
| pcarney@whitecase.com | |
| Adam M. Acosta (*pro hac vice*) | *Attorneys for Janssen Biotech, Inc.,* |
| adam.acosta@whitecase.com | *Janssen Oncology, Inc., and Janssen* |
| **WHITE & CASE LLP** | *Research & Development, LLC* |
| 701 Thirteenth Street, NW | |
| Washington, DC 20005 | |

2

2

Kevin M. Bolan (*pro hac vice*)
kevin.bolan@whitecase.com
**WHITE & CASE LLP**
75 State Street
Boston, MA 02109

*Attorneys for BTG International Limited*