UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A/ BLUE CROSS AND BLUE SHIELD OF LOUISIANA, and HMO LOUISIANA, INC., *et al.* on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED<br><br>        Defendants. | Civil Action No. 19-cv-14146 (KM) (ESK)<br><br>Hon. Kevin McNulty, U.S.D.J.<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE SECOND CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED** |

**THIS MATTER** having been brought before the Court on the Joint Motion of Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and BTG International Limited (collectively, "Defendants"), for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Second Consolidated Class Action Complaint with prejudice; and the Court having considered the submissions of the parties, and the arguments of counsel, if any; and for good cause shown,

      **IT IS**, on this _____ day of _____ 2021,

      **ORDERED** that Defendants' Joint Motion to Dismiss is GRANTED; and it is further

DC: 7522424-1

2

**ORDERED** that the Second Consolidated Class Action Complaint is hereby **DISMISSED WITH PREJUDICE** as against Defendants.

 

_____
HON. KEVIN MCNULTY, U.S.D.J.