**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A/ BLUE CROSS AND BLUE SHIELD OF LOUISIANA, AND HMO LOUISIANA, INC., ET AL. ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,**<br><br>    Defendants. | Civ. No. 19-cv-14146 (KM) (ESK)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on defendants' joint motion (DE 155) to dismiss the Second Consolidated Class Action Complaint (DE 147); and the Court having considered the submissions of the parties (DE 155-1, 158, 160) without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and for good cause shown;

**IT IS** this 27th day of October 2021,

**ORDERED** that Defendants' motion to dismiss (DE 155) the Second Consolidated Class Action Complaint (DE 147) is **GRANTED**.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**